# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| NORTHWEST ADMINISTRATORS INC, | CASE NO. C21-1093 MJP |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT |
| v. | |
| BMC EAST LLC, | |
| Defendant. | |

This matter is before the Court on Defendant's motion for an extension of time to respond to the amended complaint. (Dkt. No. 7.) Taking note that the motion is unopposed, the Court GRANTS the motion and extends Defendant's time to respond to October 22, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 19, 2021.

Marsha J. Pechman
United States Senior District Judge