1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

NORTHWEST ADMINISTRATORS, INC.,

CASE NO. C21-1093 MJP

11

Plaintiff,

ORDER GRANTING JOINT MOTION TO CONTINUE CERTAIN DEADLINES

12

v.

13

BMC EAST, LLC,

14

Defendant.

15

16   This matter is before the Court on the parties' joint motion to continue certain pretrial

17   deadlines.  (Dkt. No. 11.)  The parties seek a 30-day continuance of deadlines in the Court's

18   order regarding initial disclosures.  (See Dkt. No. 6.)  They state they are in settlement

19   discussions and hope to have this matter resolved within 30 days.  Finding good cause, the Court

20   GRANTS the motion and ORDERS the following revised deadlines:

21   • Deadline for FRCP 26(f) conference:                          November 17, 2021

22   • Initial disclosures under FRCP 26(a):                        November 24, 2021

23   • Combined joint status report and discovery plan
     as required by FRCP 26(f) and Local Civil Rule 26(f):          December 1, 2021

24

ORDER GRANTING JOINT MOTION TO CONTINUE CERTAIN DEADLINES - 1

1       The clerk is ordered to provide copies of this order to all counsel.

2       Dated October 21, 2021.

3

4                         Marsha J. Pechman
                            United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING JOINT MOTION TO CONTINUE CERTAIN DEADLINES - 2